UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LIM  OU<br>and<br>NALEN  OU<br><br>Defendants | CRIMINAL No. 26-mj-5129-JDG |

GOVERNMENT'S REQUESTED LIST OF "NO CONTACT"
PER ORDER SETTING CONDITIONS OF RELEASE

As part of this Court's Order Setting Conditions of Release, under condition 7(f) the defendants were ordered to "avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution . . . [limited exception permitted]." The Order indicated the "no contact" Order included but is not limited to a list to be provided by the Government. The Government proposed, and this Court preliminarily accepted the Government's oral proposal, that the "no contact" list include: (1) former and current employees of the defendants' temporary employment agencies, (2) current and former client companies who contracted with the defendants' agencies for temporary employees, and (3) the check casher(s) used by the defendants.

This Court directed the Government and counsel for defendants to consult and for the Government to submit a written list to this Court.

The Government did consult with defense counsel and expresses appreciation for defense counsel's cooperation and assistance.  The Government submits the following as the victims and witnesses requested to be incorporated within Section 7(f) of the Setting Conditions of Release:

1. Former and current employees of the defendants' temporary employment agencies from 2013 to the present, except as to current and former employees who are also members of the defendants' immediate families;
2. Current and former client companies who contracted with the defendants' agencies for temporary employees;
3. the check casher(s) used by the defendants.

To the extent it may be necessary for current employees to lawfully receive wages that are currently owed to them, the Government request that that be accomplished through the Eagle Payroll Service "Eagle" to the extent Eagle is willing to participate and assist.

Respectfully submitted this 29th day of May, 2026.


LEAH B. FOLEY
United States Attorney


By:/s/ Victor A. Wild
VICTOR A. WILD
Assistant United States Attorney
Suite 900
One Courthouse Way 02210
Victor.wild@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a digital copy will be sent by email to counsel for the defendants..

/s/ Victor A. Wild
VICTOR A. WILD
Assistant United States Attorney

Date: May 29, 2026

2